Robert J. Bartholomew, Jr., Jefferson City, MO, for Respondent/Respondent.

Before CLIFFORD H. AHRENS, P.J., SHERRI B. SULLIVAN, J., and GLENN A. NORTON, J.

*ORDER*

PER CURIAM.

Eric Furlow appeals from the motion court's denial, following an evidentiary hearing, of his amended Motion to Vacate, Set Aside or Correct Judgment and Sentence filed pursuant to Rule 24.035.[1] We have reviewed the briefs of the parties and the record on appeal and conclude the motion court's findings and conclusions are not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b).

Ellen H. Flottman, Columbia, MO, for Appellant.

Chris Koster, Attorney General, Timothy A. Blackwell, Assistant Attorney General, Jefferson City, MO, for Respondent.

Before CLIFFORD H. AHRENS, P.J., SHERRI B. SULLIVAN, J. and GLENN A. NORTON, J.

*ORDER*

PER CURIAM.

Lance Drudge appeals the judgment denying his Rule 29.15 motion for post-conviction relief following an evidentiary hearing. We find that the motion court's findings of fact and conclusions of law are not clearly erroneous.

An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the motion court is affirmed under Rule 84.16(b).

**Lance DRUDGE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 96795.**

Missouri Court of Appeals, Eastern District, Division One.

Oct. 16, 2012.

**Stephen FLANIGAN, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 96902.**

Missouri Court of Appeals, Eastern District, Division Four.

Oct. 16, 2012.

1. All rule references are to Mo. R.Crim. P.2011, unless otherwise indicated.